**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 363 EAL 2017
                    : 
           Respondent    : 
                    :    Petition for Allowance of Appeal from
                    :    the Order of the Superior Court
           v.              : 
                    : 
                    : 
WILLIE E. POLITE,            : 
                    : 
           Petitioner    : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of December, 2017, the Petition for Allowance of Appeal and Motion for Leave to Supplement are **DENIED**.